Adam Rose (210880)
adam@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #1084
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorney for Plaintiff
Kyle Roberts

Rebecca M. Aragon, Bar No. 134496
raragon@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone:    213.443.4300
Fax No.:       800.715.1330

Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:    916.830.7200
Fax No.:       916.561.0828

Attorneys for Defendant
PROPAK LOGISTICS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ROBERTS, on his own behalf and all similarly situated individuals,<br><br>          Plaintiff,<br>     v.<br><br>PROPAK LOGISTICS, LLC, and DOES 1 to 100,<br><br>          Defendants. | NO. 2:24-cv-00008-DJC<br>CLASS ACTION<br><br>**STIPULATION TO FOR PLAINTIFF TO HAVE LEAVE TO FILE A FIRST AMENDED COMPLAINT; ORDER** |

Plaintiff Kyle Roberts ("Plaintiff") and Defendant Propak Logistics, LLC ("Defendant") (collectively with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts:

WHEREAS, on November 28, 2023, Plaintiff Kyle Roberts ("Plaintiff") filed a Class Action Complaint against Defendant in Tehama County Superior Court, titled: *KYLE ROBERTS, on his own behalf and all similarly situated individuals, vs. PROPAK LOGISTICS, LLC., and DOES 1 through 100,* Tehama County Superior Court Case No. 23CV008439 (hereinafter, the "Complaint"). The Complaint asserts the following Class Action Claims: (1) Minimum Wage Violations, (2) Overtime Violations, (3) Meal Period Violations, (4) Rest Period Violations, (5) Wage Statement Penalties, (6) Waiting Time Penalties, and (7) Unfair Competition.

WHEREAS, on January 2, 2024, Defendant removed this case to federal court under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2);

WHEREAS, Plaintiff seeks to file a First Amended Complaint to add an eighth cause of action for PAGA penalties based on the underlying Labor Code violations (attached hereto as Exhibit A);

WHEREAS, the Parties have conferred, and agreed that, subject to Court approval, Plaintiff may file the First Amended Complaint to add an eighth cause of action under PAGA for civil penalties based on the same alleged Labor Code violations;

WHEREAS, allowing Plaintiff to file a First Amended Complaint will not prejudice any of the Parties, but will rather serve the interests of justice and preserve judicial resources;

THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel of record, hereby stipulate and agree and respectfully request that the Court enter an order as follows:

1. Plaintiff may file the First Amended Complaint attached hereto as **Exhibit A** within seven (7) days.

2. Defendant shall file a responsive pleading to the First Amended Complaint within thirty (30) days of its filing.

Date:   March 12, 2024                              FRONTIER LAW CENTER

                                                    /s/ Adam Rose
                                                    Attorney for Plaintiff
                                                    Kyle Roberts

Date:   March 15, 2024                              LITTLER MENDELSON P.C.

                                                    /s/ Nathaniel Jenkins
                                                    Rebecca M. Aragon
                                                    Nathaniel H. Jenkins
                                                    Attorneys for Defendant
                                                    PROPAK LOGISTICS, LLC

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  March 15, 2024           /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE