Adam Rose (210880)
adam@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #1084
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiff
KYLE ROBERTS

Rebecca M. Aragon, Bar No. 134496
raragon@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone:   213.443.4300
Fax No.:      800.715.1330

Nathaniel H. Jenkins, Bar No. 312067
njenkins@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:   916.830.7200
Fax No.:      916.561.0828

Attorneys for Defendant
PROPAK LOGISTICS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE ROBERTS, on his own behalf and all similarly situated individuals,<br><br>          Plaintiff,<br><br>     v.<br><br>PROPAK LOGISTICS, LLC; and DOES 1 to 100,<br><br>          Defendants. | Case No. 2:24-CV-00008-DJC-JDP<br><br>**ORDER TO REMAND REMOVED ACTION FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL ONLY**<br><br>Trial Date:          Not Yet Set<br>Complaint Filed:   November 28, 2023 |

Plaintiff Kyle Roberts's ("Plaintiff") and Defendant Propak Logistics, LLC ("Defendant") (collectively, the "Parties") stipulation for an Order Remanding Action to State Court for Purposes of Seeking Settlement Approval Only, having come before the Court in the above-captioned matter, the Honorable Daniel J. Calabretta presiding and for good cause appearing therefor, including, without limitation, the agreed-upon settlement amount being less than $5 million, rules that the Parties joint stipulation is APPROVED.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Tehama, to seek settlement approval. The Clerk of Court is directed to close this case and to serve a copy of the remand order on the Superior Court of the State of California, County of Tehama.

IT IS SO ORDERED.

Dated: April 15, 2025                                     /s/ Daniel J. Calabretta
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE